UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| MICHAEL RUTHERFORD and KEISHA O'NEAL, § § § Plaintiffs, § § v. § § PRUVIT VENTURES, INC. and BRIAN § UNDERWOOD, § § Defendants. | Civil Action No. 4:24-CV-561-ALM Judge Amos L. Mazzant |

# [PROPOSED] ORDER ON UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF KEISHA O'NEAL

This matter is before this Court on the Movant's motion for withdrawal as counsel for Plaintiff Keisha O'Neal. This court having considered the motion and all other relevant factors, finds that good cause exists for this motion and accordingly, it is hereby ORDERED AND ADJUDGED that: The Motion is GRANTED.

IT IS SO ORDERED.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 31st day of October, 2024, a true and correct copy of the forgoing document was filed with the Clerk of the Court using the CM/ECF system which automatically sent notification of such filing to and served electronically upon the following counsel who have entered an appearance in this action:

Byron K. Henry
Kelly E. Kleist
SCHEEF & STONE, LLP
2600 Network Blvd., Suite 400
Frisco, Texas 75034
Email: byron.henry@solidcounsel.com
         Kelly.kleist@solidcounsel.com

Attorneys for Defendants
PRUVIT VENTURES, INC. and
BRIAN UNDERWOOD

A true and correct copy of the forgoing document was also served by my office by email [by attaching said documents to an e-mail account at Wellman & Warren, LLP] and by mail service [deposited with the U.S. Postal Service on October 31, 2024 with postage thereon fully prepaid at Laguna Hills, California in the ordinary court of business] to:

Keisha O'Neal
2225 Versailles Court
Henderson, NV 89074
Email: Keish136@gmail.com

By: /s/Chris Wellman
    Chris Wellman